UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NY

CHRISTOPHER BRODEUR    plaintiff      11 CIV. 2983

-against-

NYPOST, NY DAILY NEWS, NYTIMES, GOTHAMIST, NYMAGAZINE, VILLAGE VOICE, TIME OUT NY, HUFFINGTON POST, NBC, ABC, CBS, FOX, WALL STREET JOURNAL, NY1, THE ONION, AM-NY, METRO, MICHAEL BLOOMBERG, STU LOESER, HOWARD WOLFSON, ADAM LISBERG, ERIN EINHORN, CELESTE KATZ, KATE LUCADAMO, JOHN LAUINGER, ARTHUR BRISBANE, MICHAEL BARBARO, JAVIER HERNANDEZ, ARTHUR SULZBERGER JR, DAVID SEIFMAN, MICHAEL GOODWIN, PETE CATAPANO, JEN CHUNG, JOHN DEL SIGNORE, TONY ORTEGA, WARD HARKAVY, JAY RUTTENBURG, ETHAN LACROIX, BILLIE COHEN, MICHAEL SAUL, RUDY GIULIANI,           defendants

COMPLAINT

PRO SE


RECEIVED APR 27 2011 PRO SE OFFICE

I am the plaintiff, Christopher Brodeur, filing this RICO lawsuit in the Southern District, as that is both where I live and where the defendants are located as well. Please pardon how sloppy this complaint is; I don't even have access to a printer (since mayor Bloomberg enacted the greatest cuts to the public library system in its history while paying a $700,000 salary to the 'public servant' who runs it!) and the defendants have literally ruined almost every part of my life by writing intentionally false articles about me (in deference to City Hall, as I am an investigative reporter whom even the mainstream media claim is the "#1 enemy" of both mayors Giuliani and Bloomberg)... and a lot of other illegal actions by them.

I am requesting a JURY TRIAL and for 14 years I've been exposing the illegal actions of the Corporate Media, who kill more people in one day than all "mob families" combined did in 200 years. (for instance the media assisted our government as it lied endlessly about the wars in Iraq & Afghanistan, without fact-checking ANY of it, and none of the 100,000-500,000 soldiers & civilians would be dead today if not for the intentional lies of Corporate Media.) (I would've sued them years ago but I just discovered RICO is available for civilian use.)

I WILL SHOW THE COURT as many smoking guns as it would like, since everyday the media lies/distorts thousands of times, and this is an easy case to prove. (Imagine if the Gotti Family had to post 100% of its crimes ONLINE, every single day!) Even in non-political areas, I can prove the media LIES to its customers (and me) in many ways, including entertainment (example: they get illegal kickbacks to promote already sold out shows so the industry can give them the scalping profits partially) or real-estate or even bar and restaurant reviews (again, where they get illegal kickbacks to deceive their customers.)

I WILL SHOW AN ENDLESS ARRAY OF CRIMES (felony fraud being the most obvious) that 'freedom of the press' does NOT protect against (I can even directly prove manslaughter in thousands of examples) and if the Court thinks I should amend this into a Class Action suit (I can locate about 8 million New Yorkers also harmed by the ILLEGAL actions of these organized criminals!)

I will; however, that may be unnecessary if you look at the relief I am seeking (below). (For instance, I can directly prove with tens of thousands of smoking guns [including their own false articles and brazenly dishonest editorials] that my fellow citizens and I have suffered immensely and lost <u>trillions</u> of tax dollars — solely as a result of illegal acts by the media. It's an open secret that MEDIA controls the government — for example they control 100% of ELECTION coverage and I will show overwhelmingly that they lied to their readers in each "election" (via mountains of their own articles, etc) to present voters with a false "choice" between Candidate A (who supports The Corporate Agenda over the people the pols take an oath to serve!) and Candidate B (ditto). Subverting our laws and democratic elections is one of the many M.O.s I will prove at trial.)

(Actually, I can prove this in one or two conferences! This case is quite simple: I will prove the media and the reporters named <u>clearly lied</u> to me and the rest of society. I will prove those lies were almost completely responsible for endless problems (from murder & crime to the theft of billions/trillions of taxdollars to our roads filled with 900,000 manmade potholes to the intentional lack of housing that's affordable, and all kinds of disasters both big & small). I will then prove direct damages in both monetary amounts and suffering. As someone who has worked on the inside for 14 years, I know most of the illegal tricks the media uses for the purposes of their racketeering and many will shock your conscience. In fact, they lie & cheat in almost every area and category! To put it in perspective, the Nazi Party only "won" the 1933 elections because of German media LYING to their customers to deceive voters, since The Nazis were corporate puppets. There literally could not have been 100 million people killed and trillions lost in World War 2 and The Holocaust if not for the illegal lies of the press! It's clear cause-and-effect. And not only can this be proven historically with clear documentation, a German NEWSPAPER EDITOR (Julius Streicher) was tried & HUNG at Nuremburg, under the premise that his LIES aided & abetted The Nazis' war crimes etc, just as the U.S. media has facilitated the war crimes of numerous presidents. [Heck — just read The Pentagon Papers!] If not for the super-power The Fourth Estate wields, Attorney Generals and DAs could be arresting most NYC reporters just under FRAUD statutes any day of the week! But even The Nazis said MEDIA is more powerful than all armies combined!)

THE FACTS I WILL PRESENT are astoundingly comprehensive — even just from my own <u>personal</u> dealings.

(EX:) I will show that I was illegally banned from all media coverage and televised debates when I was on the 2005 Democrat ballot in the 2005, because I was the only candidate talking about real reforms, and I will show step-by-step how the media violated FEDERAL LAW and the 5% clause so voters would not hear any substantive dialog in the race. (After breaking hundreds of laws AND helping City Hall & incumbent Bloomberg falsely jail me 3 times to assassinate my character — and none of their stories/feature OPPOSING VIEWPOINTS or accurate facts! — I still got 4% of the vote!! Meanwhile they included 2 politics-as-usual candidates

TWO

in their coverage and in televised debates who were "polling" at "1%". (They cited the "3-point" margin of error to let these 2 anti-reform candidates in debates!) They blocked me from all debates because I won every debate I had been allowed in in the past, and all of this is documented in numerous ways — even a 2001 NYTimes piece about it. I stole the biggest debate that summer when I was on the Green Party ballot. And I think the court will agree my platform was the most popular in history. Heck... how many voters would vote for me just for my comprehensive FREE SUBWAYS / MASS TRANSIT proposal? A: about 90%. And I can prove I polled at 100% when voters were told about my 100 INNOVATIONS FOR NYC — and we can re-confirm this tomorrow on the streets of NYC if you'd like clear proof. It saves us $600 million a year to stop collecting the subway/bus fare. The people of NYC and myself are being ROBBED BLIND by these "mafiosos" who are all in bed together. City Hall gave billions in secret corporate welfare to ALL the media companies who then wrote non-stop FALSE stories praising City Hall. I will prove all of this with remarkable (and endless!) documentation. They cheated EVERYTHING, which is what "mobsters" do.) (And they got very rich breaking all these laws.)

(EX:) My personal evidence is more comprehensive than you'd ever imagine — from appearing on NBC's 'America's Got Talent' last year, where they cheated EVERYTHING and cannot legally call any of that fakery "REALITY" TV (ex: we were in Midtown for the filming but the show claims we were in ~~####~~ Atlanta (?!) and what appeared on TV was 85% pure fabrication done in post-production — almost all the footage is faked too!) to me busting WABC radio dozens of times for cheating their listeners to protect the flat-out criminal acts of Mayors Giuliani & Bloomberg (I was notorious for sneaking past the screeners to expose how fraudulent the "call-in" shows were and the nazi-like censorship used to deceive their customers for illegal purposes).

As an award-winning artist & musician & promoter, I have blown the whistle on the illegal "payola" & pay-to-play criminal scams of the entire media where a Village Voice or Time Out got KICKBACKS to "recommend" already-sold-out shows (that weren't actually sold-out!).

(EX:) a Madison Square Garden (one of Time Out NYs largest advertisers) will hold back 5,000 tickets and sell the other 12,000. Then, they announce the show is "sold out" (but it's not) creating illegal supply-and-demand scarcity (and "buzz") and that allows them to sell the secret 5,000 tickets at 5 times face value, defrauding their customers. This is systemic and widespread thru the industry and it's pure organized crime and similar to the "payola" scandals of radio. (Eliot Spitzer, as Attorney General, busted those pay-to-play criminals, but he couldn't go after the BIG Fish b/c Media/The Press can DESTROY anyone's career in 1 day. Just ask... Eliot Spitzer! WHY did the press reveal his use of hookers but not the thousands of other top pols who do same? It was a hit job to REMOVE THE REFORMER.)

I CAN AND WILL EVEN PROVE THAT THE ENTIRE _INTENT_ OF MEDIA IS ORGANIZED CRIME, via as many pieces of evidence as the court would like.

THREE

It's not even a secret that the ENTIRE purpose of media is for racketeering etc. From Media Mogul Hearst's own comments that he created his empire to *manipulate public opinion on behalf of his REAL business interests* to Rupert Murdoch losing money every single year at the NYPost in order to maintain that vehicle for his corporate agenda and provably-CRIMINAL ACTS. A real estate billionaire named Mort Zuckerman didn't buy the Daily News because it has any potential to make money. (It's 50¢! Their overhead is enormous!) He bought it b/c it allows him to CONTROL who runs our government (and then these political puppets like Giuliani steal, say, $8 billion from the MTA budget to give $1 billion to Mort as "economic development" ie, "legal" BRIBES). (Classic Boss Tweed quid pro quo crimes). The media installed a Bush into the White House, and, in return Bush then 'DEREGULATED' their industry to expand the billions these crooks could then steal from the public. When the MEDIA installed a nobody named Pataki into Albany for 12 YEARS, it was solely for the intent of organized crime and umpteen types of racketeering. (EX: Pataki also stole billions from taxpayers and gave it to Rupert, Mort, Sulzberger, et al, via corporate welfare.)

    TO BE CERTAIN, the MEDIA has a right to support/endorse candidates who will serve their corporate agenda; THE CATCH is that they violated thousands of laws to DECEIVE THEIR CUSTOMERS. And I will easily show this using the Media's own FRAUDULENT articles and reports. Their breaking numerous laws to enable this giant racketeering system is what trips them up under the RICO law. The evidence is overwhelming, and its breadth is stunning.

    (If the Genovese crime family were wiser, they'd have gone into the newspaper biz! Few people know the first thing The NAZI party did <u>before</u> they obtained power was... to *buy a German newspaper* to facilitate their cheating an illegal agenda!)

(IN FACT, minus serious oversight and any checks-and-balances, Media MUST be corrupt: there's too many poison apples and $$$ to be made. EX:) a GOOD REVIEW of a play in the Times or Time Out can be worth hundreds of millions of dollars. Is it worth a $50,000 bribe to <u>buy</u> a good review? Of course! I will show this kind of corruption is inherent both OFFICIALLY and unofficially. A Time Out is getting bribes every day in every category — from REAL ESTATE giants to bars & restaurants (b/c press = $$$) to comedy clubs. The perks (and bribes) are literally limitless. And never before has the press <u>been dirtier</u>. With the advent of the internet, the MEDIA must come up with "craftier" ways to make $ by any means necessary. And they do. And very few of the ways are legal, as I shall prove. THE AMERICAN PEOPLE are screaming every day for MEDIA CORRUPTION to end, but no elected official dare hear their complaints, b/c they'll get "whacked" by this super-mob.) (And I will show that the media mafia "whacked" me in order

FOUR

to silence the #1 whistleblower of their organized crime 'syndicate'. You will not believe some of the chilling facts I will present. I'd love to include more examples herein but want to keep this Complaint brief.) (Also I'm sleep-deprived since the media keeps assisting City Hall as they falsely jail me over and over. 35+ times I've been falsely jailed and the media is 80% responsible and I will prove this in the trial.) (i.e., forgive how sloppy this Complaint is.)

(NOTE:) THE DEFENDANTS ARE ALL JOURNALISTS AND EDITORS who I've compiled the most evidence against. (I would gladly amend this complaint to add another 1,000 fraudulent reporters if the court would like. I was trying to keep this suit manageable!)

I've included Mike Bloomberg (a... media mogul who earned billions thru all kinds of media crimes — he even admits this in his 1997 autobiography!) and his criminal media liasons Stu Loeser & Howard Wolfson, and will prove they worked in collusion with the media to commit numerous crimes against myself and the people of NY. Mr. Giuliani is included because he helped the Media destroy my life top to bottom, and steal *trillions* from me and taxpayers, as I will show.

THE RELIEF I AM SEEKING is very comprehensive as well. I'm not merely seeking monetary damages (after I prove they "whacked" me harder than anyone else) for myself. I am asking the court for INJUNCTIVE Relief of a wide variety — blocking the media from ever deceiving their customers again. (Free speech does not trump fraud statutes, just as perjury & false advertising are NOT protected speech.)

I have many reasonable suggestions. (EX) They should be required to divulge their financial conflicts of interest with all subjects of articles. If every false article praising Mayor Bloomberg said "FULL DISCLOSURE: Mr. Bloomberg has given us $50 million in advertising." most customers would realize "ah! THAT's why they're praising this fraud!"

If The Village Voice and The ONION were required to be HONEST with their customers — "FULL DISCLOSURE: THE SHOW WE HAVE JUST HEARTILY RAVED ABOUT PAID US $200,000 IN ADVERTISING" — it would give their customers a clearer picture.

(EX) The Daily News does a very illegal stunt of having their ANONYMOUS, seemingly "independent" EDITORIALS written by cronies of City Hall! (How odd that they always hail City Hall's dishonest/illegal activities!) Under Giuliani, the DN installed Richard Schwartz, a top staffer of... Giuliani, and kept that SECRET from its customers, which is plainly fraudulent. Under Bloomberg, the DN put Arthur Browne — an ex-employee of... Bloomberg — in charge of these deceptive editorials! THEY SHOULD BE REQUIRED TO DISCLOSE all conflicts of interest. These people are far worse than a Madoff or other white collar criminals.

I will also ask the court to consider JAIL TIME and any other punishments available, as I will directly prove

FIVE

that the criminal lies of these defendants (ala Julius Streicher) led to the deaths of thousands of New Yorkers alone. And I will prove none of these murders, rapes, assaults, etc, could have occurred if not for the LIES of media. (And I'm including the dozens of crimes and assaults I have been the victim of. No one else in Western Civilization has even 5% of the crime NYC & the USA does, so they can't claim these catastrophes are unavoidable!) People are dying every day, unnecessarily, due to MEDIA LIES. (ex) nearly every crime in NYC — and I will prove the NYPD, City Hall, & the MEDIA all lied about the crime stats if you'd like — is by someone already "corrected" by City Hall at record taxpayer expense, in our illegally-called Dept of "correction". In fact, it's much worse than I suggest. The gov't's OWN stats show 75% of the criminals they claim to have "corrected" go on to more serious crimes, ergo it's the precise opposite of "correction". The false name is more Nazi/stalinistic PROPAGANDA to mislead the citizenry. NONE OF THIS IS POSSIBLE, if media simply tells the truth. But they get billion$ from City Hall to cover up these scandals and more. We can end most crime in NYC in one year, merely by requiring media stop lying to its customers. I will give the court very comprehensive evidence of all these things.

I WILL ALSO ASK THE COURT to consider forcing the media to REIMBURSE taxpayers for the monies I can prove media helped steal from me, my friends, my neighbors and so on. This mafia literally ripped off every man, woman, & child in society.
Likewise, I'll ask for the media giants to pay into a fund, designed to educate and inform their customers about the illegal tricks media uses to scam them. We must end their organized crime, and sunlight is the best disinfectant. (I think they should be required to report this lawsuit but I bet they don't think it's as "newsworthy" as where Lindsay Lohan had lunch yesterday.) (I can list thousands of the tricks of media for you.)

I ALSO REQUEST THAT THE COURT FAST-TRACK THIS, as people are dying each day and senior citizens are being evicted from their rent-controlled apartments, and people are fraudulently being laid off every day, and our governments are secretly borrowing trillions and bankrupting our city, state, & nation. You can barely name a problem in society that did not result from MEDIA CORRUPTION. The media, with the best lawyers on Earth, will try and stall this suit indefinitely. But there can be no bad government without bad *media*.

SIX

Christopher Brodeur
April 27th, 2011
646-504-1260
EmpireGoodness@gmail.com